JILL H. COFFMAN, NY BAR 2307098
CHRISTY J. KWON, CA BAR 217186
JOSEPH D. RICHARDSON, PA BAR 311147, Counsel for Service
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, California 94103-1735
Telephone Number: (415) 356-5171
joseph.richardson@nlrb.gov

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. FRANKL, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>MANAS HOSPITALITY LLC d/b/a HOLIDAY INN EXPRESS CALIFORNIA,<br><br>Respondent. | Civil No. 2:16-cv-2782-GHW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE<br><br>DATE: Aug. 21, 2017<br>TIME: 8:30 AM<br>JUDGE: Hon. George H. Wu<br>CRTRM: 9(D) |

Petitioner and Respondent (the Parties) hereby stipulate as follows:

1. The Administrative Law Judge in the related unfair-labor-practice proceeding has not issued his decision.

2. The Parties filed briefs to the Administrative Law Judge on February 22, 2017.

Stipulation and [Proposed] Order to Continue Status Conference      Page 1

3. The NLRB's rules and regulations do not require the Administrative Law Judge to issue a decision in any specific timeframe, but Petitioner requested the Administrative Law Judge expedite his decision in light of this Court's injunction.

4. In accordance with the Court's instructions issued during the status conference that occurred on June 8, 2017, the subsequent status conference scheduled for August 21, 2017, is continued to September 14, 2017 at 8:30 a.m. in Courtroom 9(D). A joint status report will be due on September 11, 2017.

5. The Parties also agree that, should any of the above-referenced proposed dates be inconvenient or unacceptable for any reason, the Court has the discretion to set other dates which are more convenient or acceptable.

Dated: August 17, 2017.

Joseph D. Richardson
Attorney for Petitioner
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, CA 94103-1735

Scott Wilson
Attorney for Respondent
Law Offices of Scott A. Wilson
711 8th Avenue, Suite C
San Diego, CA 92101

# [PROPOSED] ORDER

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order to:

1. Continue the Status Conference in this case from August 21, 2017, at 8:30 a.m., to September 14, 2017, at 8:30 a.m., with a joint status report to be filed on September 11, 2017.

IT IS SO ORDERED

Dated: August 21, 2017

*[signature]*
UNITED STATES DISTRICT JUDGE