JILL H. COFFMAN, NY BAR 2307098
CHRISTY J. KWON, CA BAR 217186
JOSEPH D. RICHARDSON, PA BAR 311147, Counsel for Service
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, California 94103-1735
Telephone Number: (628) 221-8872
joseph.richardson@nlrb.gov

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. FRANKL, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>MANAS HOSPITALITY LLC d/b/a HOLIDAY INN EXPRESS CALIFORNIA,<br><br>Respondent. | Civil No. 2:16-cv-2782-GHW<br><br>ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: January 11, 2018<br>TIME: 8:30 AM<br>JUDGE: Hon. George H. Wu<br>CRTRM: 9(D) |

# ORDER

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order to:

1. Continue the Status Conference in this case from January 11, 2018, at 8:30 a.m., to February 22, 2018, at 8:30 a.m., with a joint status report to be filed on February 19, 2018.

IT IS SO ORDERED

Dated: January 4, 2018

_____
GEORGE H. WU, U.S. DISTRICT JUDGE