JILL H. COFFMAN, NY BAR 2307098
CHRISTY J. KWON, CA BAR 217186
JOSEPH D. RICHARDSON, PA BAR 311147, Counsel for Service
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, California 94103-1735
Telephone Number: (628) 221-8872
joseph.richardson@nlrb.gov

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. FRANKL, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>MANAS HOSPITALITY LLC d/b/a HOLIDAY INN EXPRESS CALIFORNIA,<br><br>　　　　　　　　　Respondent. | Civil No. 2:16-cv-2782-GHW<br><br>ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:　　February 22, 2018<br>TIME:　　8:30 AM<br>JUDGE:　　Hon. George H. Wu<br>CRTRM:　　9(D) |

**ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order to:

1. Continue the Status Conference in this case from February 22, 2018, at 8:30 a.m., to May 24, 2018, at 8:30 a.m., with a joint status report to be filed on May 21, 2018.

IT IS SO ORDERED

Dated: February 22, 2018

GEORGE H. WU, U.S. DISTRICT JUDGE