1  JILL H. COFFMAN, NY BAR 2307098
   CHRISTY J. KWON, CA BAR 217186
2  JOSEPH D. RICHARDSON, PA BAR 311147, Counsel for Service
   National Labor Relations Board, Region 20
3  901 Market Street, Suite 400
   San Francisco, California 94103-1735
   Telephone Number: (628) 221-8872
4  joseph.richardson@nlrb.gov

5  Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. FRANKL, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>MANAS HOSPITALITY LLC d/b/a HOLIDAY INN EXPRESS CALIFORNIA,<br><br>Respondent. | Civil No. 2:16-cv-2782-GHW<br><br>ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: May 24, 2018<br>TIME: 8:30 AM<br>JUDGE: Hon. George H. Wu<br>CRTRM: 9(D) |

# ORDER

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order to:

1. Continue the Status Conference in this case from May 24, 2018, at 8:30 a.m., to August 23, 2018, at 8:30 a.m., with a joint status report to be filed on August 20, 2018.

IT IS SO ORDERED

Dated: May 22, 2018          _____
                              GEORGE H.W U, U.S. DISTRICT JUDGE